IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAVID LAMAR JOHNSON, #255 052, <br>     Petitioner, <br><br> v. <br><br> STATE OF ALABAMA, *et al.*, <br><br>     Respondents. | ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO.: 1:12-CV-1030-TMH <br> ) <br> ) <br> ) <br> ) |

**ORDER**

The Magistrate Judge entered a Supplemental Recommendation (Doc. 8) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that:

1. The Supplemental Recommendation (Doc. 8) of the Magistrate Judge is ADOPTED;

2. The December 5, 2012 Recommendation of the Magistrate Judge dismissing Petitioner's 28 U.S.C. § 2254 petition for habeas corpus relief as successive in accordance with the provisions of 28 U.S.C. § 2244(b)(3)(A) (Doc. No. 4) is ADOPTED; and

3. Plaintiff's objection thereto (Doc. No. 6) is overruled.

A separate judgment shall issue.

Done this 28th day of February, 2013.

                                        /s/   Truman M. Hobbs
                                      TRUMAN M. HOBBS
                                      SENIOR UNITED STATES DISTRICT JUDGE